[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 04-15237
Non-Argument Calendar

_____

D. C. Docket No. 00-01741-CV-JEC-1

**FILED**

**U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 17, 2005
THOMAS K. KAHN
CLERK**

ARTHUR ALAN WOLK,

Movant-Appellee,

versus

TELEDYNE TECHNOLOGIES INCORPORATED,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(June 17, 2005)

Before BLACK, PRYOR and COX, Circuit Judges.

PER CURIAM:

Teledyne Technologies Incorporated appeals the decision of the district court denying its motion to hold Arthur Alan Wolk in contempt, denying its motion for attorneys fees, and denying, in part, its motion to vacate a protective order. After considering the briefs of the parties, and reviewing the record, we find no abuse of discretion on the part of the district court.[1]

AFFIRMED.

---

[1] Wolk's May 6, 2005, motion to strike is DENIED.